SIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-CV-02611-RBJ

PATRICK HOGAN, Individually and on Behalf of
All Others Similarly Situated,

        Plaintiffs,

v.

PILGRIM'S PRIDE CORPORATION,
WILLIAM W. LOVETTE, and
FABIO SANDRI

        Defendants.

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Pilgrim's Pride Corporation in the above-captioned action states as follows:

Pilgrim's Pride Corporation ("Pilgrim's Pride") is a publicly held, non-governmental corporate party. Its parent corporation is JBS Wisconsin Properties, LLC ("JBS Wisconsin"). JBS Wisconsin is an indirect wholly-owned subsidiary of its ultimate parent JBS, S.A., a Brazilian corporation traded on the Brazilian stock exchange. There is no U.S. publicly traded corporation that owns more than 10% of Pilgrim's Pride stock.

Dated: January 6, 2017

          *s/ Jonathan D. Polkes*\_\_\_\_\_
          **Jonathan D. Polkes**
          Weil, Gotshal & Manges LLP
          767 Fifth Avenue
          New York, NY 10153
          Telephone: (212) 310-8000
          Email: Jonathan.Polkes@weil.com
          Attorney for Defendants Pilgrim's Pride Corporation, William W. Lovette, and Fabio Sandre

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 6th day of January, 2017, I electronically filed the foregoing **RULE 7.1 DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Jeffrey Alan Lieberman
POMERANTZ LLP
600 Third Avenue
New York, NY 10016
212-661-110
jalieberman@pomlaw.com

-and-

Jeffrey Mark Villanueva
JEFFREY M. VILLANUEVA, P.C.
1755 Blake Street #225
Denver, CO 80202
303-295-7525
jeff@jmvpclaw.com

*Counsel for Plaintiff*

Phillip C. Kim
ROSEN LAW FIRM, P.A.
275 Madison Avenue
34th Floor
New York, NY 10016
212-686-1060
pkim@rosenlegal.com

*Counsel for Movant Pilgrim's Pride Investor Group*

Rusty Evan Glenn
SHUMAN LAW FIRM
600 17th Street
Suite 2800 South
Denver, CO 80202
303-861-3003
rusty@shumanlawfirm.com

*Counsel for Movant George James Fuller*

    s/ *Jonathan D. Polkes*

*Of Weil, Gotshal & Manges LLP*