IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02611-RBJ

PATRICK HOGAN, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

PILGRIM'S PRIDE CORPORATION,
WILLIAM W. LOVETTE, individually, and
FABIO SANDRI, individually,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER [ECF No. 41] of Judge R. Brooke Jackson entered on March 14, 2018, it is

ORDERED that Defendants' Motion to Dismiss [ECF No. 34] is GRANTED and the plaintiff's second amended complaint is DISMISSED WITHOUT PREJUDICE and this case is dismissed without prejudice.  It is

FURTHER ORDERED that judgment is entered in favor of the defendants and against the plaintiff.  It is

FURTHER ORDERED that, as the prevailing party, the defendants are awarded their reasonable costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 14th day of March, 2018.

                                FOR THE COURT:
                                JEFFREY P. COLWELL, CLERK

                    By:  s/   J. Dynes
                                J. Dynes
                                Deputy Clerk