

250 Park Avenue, Suite 2040
New York, NY 10177

TEL +1 504.455.1400
FAX +1 504.455.1498
KSFcounsel.com

NEW ORLEANS

**NEW YORK**

SAN FRANCISCO

PARIS*

June 8, 2020

*via ECF*

Kim E. Miller
Partner – Admitted in NY & CA
Direct: 212.696.3730
kim.miller@ksfcounsel.com

Hon. R. Brooke Jackson
Alfred A. Arraj United States Courthouse A938, Rm. A902
901 19th St.
Denver, CO 80294-3589

     Re:     ***Hogan v. Pilgrim's Pride Corp.*, No. 16-cv-02611-RBJ**

Dear Judge Jackson:

     Earlier today, Lead Plaintiff George James Fuller ("Plaintiff") filed the Second Amended Complaint (the "Complaint") via ECF, pursuant to this Court's November 9, 2018 order denying Plaintiff's motion for reconsideration of dismissal and granting leave to amend (ECF No. 46) and Fed. R. Civ. P. 15. Plaintiff respectfully submits herewith a courtesy copy of the redlined Complaint, showing the changes from Plaintiff's Amended Complaint, filed on May 11, 2017.

     In light of the Court's instruction to Plaintiff that the Court "did not want to go through the motions process again if there are not genuinely new facts that are materially different" (*id.*), Plaintiff has diligently continued to investigate and monitor all relevant legal and factual developments and now respectfully submits a pleading which demonstrates such new, material facts now exist. As described in detail in the Complaint (at paragraphs 5-6, 20-23, 363-375) and the attachments thereto, on June 3, 2020, the DOJ announced a federal grand jury indictment for the involvement of four executives in a conspiracy to fix prices and rig bids for boiler chickens. Those executives include two employees of Pilgrim's Pride, including the current CEO, Jayson Penn, who is alleged in the Complaint (and in the prior pleading) to have been Defendant Lovette's "right-hand man" and Executive Vice President. According to the indictment, Mr. Penn engaged in the conspiracy from at least 2012 until early 2017—a time period that encompasses the full Class Period of February 21, 2014 through November 17, 2016. The indictment provides details regarding text and telephone communications of Pilgrim and other companies coordinating bid submissions on chicken pricing, including communications between Lovette and Penn that demonstrate Lovette's knowledge and participation in the conspiracy.

     Respectfully submitted,

     */s/ Kim E. Miller*
     Kim E. Miller

KEM/bg
cc: Counsel for all parties (via ECF)