# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02611-RBJ

PATRICK HOGAN, Individually and on Behalf
All Others Similarly Situated,

        Plaintiffs,

v.

PILGRIM'S PRIDE CORPORATION,
WILLIAM W. LOVETTE, individually, and
FABIO SANDRI, individually,

        Defendants.

## ORDER RE: UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED CLASS ACTION COMPLAINT

This matter is before the Court on Defendants Pilgrim's Pride Corporation, William W. Lovette, and Fabio Sandri's Unopposed Motion for Extension of Time for Defendants to Respond to Second Amended Class Action Complaint. The Court, having reviewed the Motion, the record in this case, and being otherwise fully advised, GRANTS the Motion. Defendants shall have through and including June 26, 2020, to file their letter with the Court concerning their anticipated motion to dismiss in accordance with the Court's Practice Standards and June 17, 2020 Minute Order (ECF No. 49), or to otherwise respond to the Second Amended Complaint as permitted under the Federal Rules and the Court's Practice Standards.

    DATED: June ___, 2020.

                            BY THE COURT:

                            _____
                            R. Brooke Jackson
                            United States District Judge

111551871.1