# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

PATRICK HOGAN, Individually and on Behalf of
All Others Similarly Situated,

        Plaintiff,

v.

PILGRIM'S PRIDE CORPORATION,
WILLIAM W. LOVETTE, and
FABIO SANDRI,

        Defendants.

Civil Action No. 16-CV-02611-RBJ

---

## Defendant William Lovette's Brief in Opposition to Plaintiff's Motion for Amended Judgment Under Rule 59(e)

---

William Lovette respectfully moves this Court to deny Plaintiff's Motion for Amended Judgment under Rule 59(e) (the "Motion") in regard to Plaintiff's newly raised scheme liability theory and previously litigated relation back arguments. For the reasons stated in Defendants Pilgrim's Pride Corporation and Fabio Sandri's Brief in Opposition to Plaintiff's Motion for Amended Judgment Under Rule 59(e), filed on June 7, 2021, (ECF No. 77) William Lovette respectfully requests that the Court deny Plaintiff's Motion.

Respectfully submitted this 7th day of June, 2021.

/s/ *John A. Fagg, Jr.*
**John A. Fagg, Jr.**
**Mark A. Nebrig**
**Nicole E. Schiavo**
Moore & Van Allen PLLC
100 N. Tryon, Suite 4700
Charlotte, NC 28202
704-331-3519
Email: johnfagg@mvalaw.com
Email: marknebrig@mvalaw.com
Email: nicoleschiavo@mvalaw.com

*Attorneys for Defendant William Lovette*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all counsel of record of such filing.

/s/ *John A. Fagg, Jr.*
John A. Fagg, Jr.