IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action: 1:16-cv-02611-RBJ | Date: June 17, 2025 |
| Courtroom Deputy: Heidi L. Guerra | Court Reporter: Mary George |

| *Parties* | *Counsel* |
|---|---|
| PATRICK HOGAN, Individually and on behalf of all others similarly situated, **Plaintiff** | *Kim Elaine Miller* |
| v. | |
| PILGRIM'S PRIDE CORPORATION, and WILLIAM W. LOVETTE, **Defendants** | *Milana Bretgoltz*<br>*Caroline H. Zalka (via telephone)*<br>*Caitlin C. McHugh*<br>*John Anderson Fagg, Jr.* |

## COURTROOM MINUTES

**FAIRNESS HEARING**

Court in Session: 10:01 a.m.

Appearances of counsel. Also present are counsel not of record: Sam Gagnon and Sarah Sheridan.

No objections to the Court from any member of the Plaintiff class.

**ORDERED:** [135] Motion for Order to Approve Class Action Settlement and Plan of Allocation and Certify Settlement Class is GRANTED, written order to issue.

**ORDERED:** [136] Motion for Attorney Fees and Expenses and Service Award to Lead Plaintiff is GRANTED, written order to issue.

Court in Recess: 10:44 a.m.     Hearing concluded.     Total time in Court: 00:43